# IN THE SUPREME COURT OF THE STATE OF NEVADA

KEITH ARLANDO BURWELL,
    Appellant,
  vs.
THE STATE OF NEVADA,
    Respondent.

No. 78990

**FILED**

AUG 3 0 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a pretrial motion to dismiss. Eighth Judicial District Court, Clark County; Mary Kay Holthus, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no statute or court rule provides for an appeal from a district court order denying a pretrial motion to dismiss. *See* NRS 177.015(1)(b); *see also State v. Kosek*, 112 Nev. 244, 911 P.2d 1196 (1996). Accordingly, this court lacks jurisdiction over this appeal, and

ORDERS this appeal DISMISSED.

          _____, J.
          Pickering

_____, J.
Parraguirre

          _____, J.
          Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

19-36479

cc:   Hon. Mary Kay Holthus, District Judge
Keith Arlando Burwell
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Clark County Public Defender